Martin F. Casey (MFC-1415)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o EGYPTIAN
PROCUREMENT OFFICE

        Plaintiff,

- against -

AMERICAN ROLL-ON ROLL-OFF
CARRIER, LLC

        Defendant.
------------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1
DISCLOSURE STATEMENT**

NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

ACE LTD. is the publicly traded parent company of plaintiff.

Dated: New York, New York
       January 14, 2008

                                                  CASEY & BARNETT, LLC
                                                  Attorneys for Plaintiff

                        By: _____
                               Martin F. Casey (MFC-1415)
                               317 Madison Avenue, 21st Floor
                               New York, New York 10017
                               (212) 286-0225