UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.

        08 Civ. 426 (NRB)

      Plaintiff,

      - against -

        **NOTICE AND ORDER OF
        VOLUNTARY
        DISCONTINUANCE**

AMERICAN ROLL-ON AMERICAN
ROLL-OFF CARRIERS, INC.

      Defendant
-------------------------------------------------------------X

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action

Dated: New York, New York
       March 12, 2008
       115-898

                    **CASEY & BARNETT, LLC**
                    Attorneys for Plaintiff

              By: _____
                    Martin F. Casey (MFC-1415)
                    317 Madison Avenue, 21st Floor
                    New York, New York 10017
                    (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.    3/12/08